**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

VERONICA HINES,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Company, and CENTURYLINK, INC., a Louisiana Corporation,

    Defendants.

---

## NOTICE OF REMOVAL
---

Defendants Level 3 Communications, LLC ("Level 3"), and CenturyLink, Inc. ("CenturyLink"), by and through their undersigned counsel, submit this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of removal, Defendants state as follows:

1. Plaintiff Veronica Hines commenced this civil action, identified as Case No. 2019CV32819, against Level 3 and CenturyLink in the District Court, Denver County, Colorado (the "State Court Action").

2. Level 3 and CenturyLink were served with the Summons and Complaint on August 8, 2019.

3. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a State court asserting a claim over which the district courts of the United States have original jurisdiction may be removed by the defendants to the United States district court embracing the place where such action is pending.

4. In her Complaint, Plaintiff alleges claims against Level 3 and CenturyLink under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et. seq.*, and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq*.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because both the FMLA and the ADA claims arise under federal law.

6. Additionally, the ADA confers jurisdiction on United States district courts for claims alleging discrimination under that Act. 42 U.S.C. §§ 2000e-5(f)(3), 12117(a).

7. The FMLA likewise provides for federal jurisdiction over actions to recover damages or equitable relief. 29 U.S.C. § 2617(a)(2).

8. The District Court of the City and County of Denver is located within this Court's district, and thus the action is properly removable to this Court. *See* 28 U.S.C. § 1441(a).

9. This Notice of Removal is being filed within 30 days of the receipt of the initial pleading setting forth the claims for relief upon which the action is based and is therefore timely under 28 U.S.C. § 1446(b).

10. For the foregoing reasons, the State Court Action may be removed to this Court. *See* 28 U.S.C. §§ 1331, 1441, 1446.

11. Pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon" Defendants, including the Complaint, are attached to this Notice as **Exhibit A**.

12. Pursuant to 28 U.S.C. § 1446(d), Defendants are giving written notice of this removal to all parties and filing a copy of the Notice with the Clerk of the District Court of the City and County of Denver, Colorado. A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as **Exhibit B**.

WHEREFORE, Defendants respectfully request that Case No. 2019CV32819 be removed from the District Court of the City and County of Denver, Colorado, to the United States District Court for the District of Colorado, and that this Court enter such further orders as may be necessary and proper.

Respectfully submitted this 28th day of August 2019.

    MARTINEZ LAW GROUP, P.C.

    By: */s/ Elizabeth Imhoff Mabey*
        Elizabeth Imhoff Mabey
        720 South Colorado Boulevard
        South Tower, Suite 1020
        Denver, CO 80246
        Telephone: (303) 597-4000
        Fax: (303) 597-4001
        mabey@mlgrouppc.com

    ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2019, I filed and served a true and correct copy of the foregoing via the CM/ECF system on the following:

David Lichtenstein
Matt Molinaro
Kristina Rosett
Law Office of David Lichtenstein, LLC
1556 Williams Street, Suite 100
Denver, CO 80218-1661
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
kristina@lichtensteinlaw.com
Attorneys for Plaintiff

*/s/ Beth Reinhardt*
Beth Reinhardt